## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| **CONNIE SMITH,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. V-10-83** |
| | § | |
| **DETAR HOSPITAL LLC,** *et al,* | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion & Order entered this date, the above-styled action is hereby **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

SIGNED on this 11ᵗʰ day of _July_, 2012.

John D. Rainey

JOHN D. RAINEY
SENIOR U.S. DISTRICT JUDGE